**FILED**
**JANUARY 11, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 271**

| | | |
|---|---|---|
| MICHAEL SWEIG, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | Judge |
| | ) | |
| ABM INDUSTRIES INCORPORATED, | ) | Magistrate |
| | ) | |
| Defendant. | ) | |

**JUDGE LEFKOW**
**MAGISTRATE JUDGE MASON**

## NOTICE OF REMOVAL

Defendant, ABM Industries Incorporated ("ABM"), by its attorneys, Jennifer A. Kenedy and Simon Fleischmann, hereby removes Case No. 07 L 013224 from the Circuit Court of Cook County, State of Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division pursuant to 28 U.S.C. §§ 1441 and 1446, and as grounds for its removal states as follows:

1. On November 26, 2007, the Plaintiff, Michael Sweig, filed a Complaint ("Complaint") against ABM Industries Incorporated, in the Circuit Court of Cook County, Illinois, Case No. 07 L 013224. A true and correct copy of the Complaint is attached hereto as Exhibit 1.

2. Plaintiff's Complaint requests entry of judgment against Defendant in an amount not less than $3.65 million, under theories of breach of contract (Count I) and quantum meruit (Count II), in connection with an alleged oral agreement for a finder's fee resulting from Defendant's acquisition of another company. Plaintiff is an individual and, upon information and belief, is a citizen of the state of Illinois. Defendant is correctly identified in the Complaint as a Delaware corporation.

3.	Accordingly, the district court has original jurisdiction in this matter under 28 U.S.C. 1332(a), as the matter in controversy exceeds $75,000 and is between citizens of different states.

4.	Defendant was formally served with the summons and complaint on December 13, 2007. Accordingly, this notice of removal is filed within 30 days of service of the summons.

WHEREFORE, Defendant, ABM Industries Incorporated, a Delaware corporation, hereby removes this cause from the Circuit Court of Cook County, State of Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division.

DATED: January 11, 2008                    Respectfully Submitted,

                                            ABM INDUSTRIES INCORPORATED


                                            By:     /s/ Simon Fleischmann
                                                    One of its attorneys

Jennifer A. Kenedy (6216342)
Simon Fleischmann (6274929)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: 312.443.0462
Facsimile: 312.896.6471

## CERTIFICATE OF SERVICE

      I, Simon Fleischmann, an attorney, certify that I caused the foregoing Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) to be served upon Diane M. Kehl, Vedder, Price, Kaufman & Kammholz, P.C., 222 North LaSalle Street, Suite 2600, Chicago, Illinois 60601-1003, by placing a duplicate of said document into a properly addressed envelope, first class postage prepaid, and placing said envelope into the U. S. Mail depository located at 111 South Wacker Drive, Chicago, Illinois on Friday, January 11, 2008 before the hour of 4:00 p.m.

                                        /s/ Simon Fleischmann
                                        Simon Fleischmann