**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
JANUARY 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08 C 271

In the Matter of    Case Number:

Michael Sweig, Plaintiff,

v.

ABM Industries Incorporated, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ABM Industries Incorporated

**JUDGE LEFKOW**
**MAGISTRATE JUDGE MASON**

| | |
|---|---|
| NAME (Type or print) Simon Fleischmann | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Simon Fleischmann | |
| FIRM Locke Lord Bissell & Liddell LLP | |
| STREET ADDRESS 111 South Wacker Drive | |
| CITY/STATE/ZIP Chicago, IL 60606-4410 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6274929 | TELEPHONE NUMBER 312-443-0462 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |