IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL SWEIG, ) | |
| ) | |
| Plaintiff, ) | Case No. 08-cv-271 |
| ) | |
| ) | Judge Lefkow |
| v. ) | |
| ) | Magistrate Judge Mason |
| ABM INDUSTRIES INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   Bruce A. Radke
      Vedder, Price, Kaufman & Kammholz, P.C.
      222 North LaSalle Street, Suite 2600
      Chicago, Illinois 60601-1003

   PLEASE TAKE NOTICE that on <u>Thursday, January 24, 2008, at 9:30 a.m.</u>, I will appear before Judge Joan Humphrey Lefkow, or any judge sitting in her stead in courtroom number 1925 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago Illinois, and shall then and there present Defendant's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6), a duplicate of which is hereby served upon you.

DATED:  January 16, 2008

                                            By:    /s/ Jennifer A. Kenedy
                                                   Counsel for Defendant


Jennifer A. Kenedy (6216342)
Simon Fleischmann (6274929)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: 312.443.0462
Facsimile: 312.896.6471

**CERTIFICATE OF SERVICE**

      I, Jennifer A. Kenedy, an attorney, certify that I caused the foregoing Notice of Motion to be served upon Bruce A. Radke (bradke@vedderprice.com), Vedder, Price, Kaufman & Kammholz, P.C., through the Court's Case Management / Electronic Case Files (CM/ECF) system on January 16, 2008.

                                        /s/ Jennifer A. Kenedy
                                            Jennifer A. Kenedy