**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL SWEIG, | ) |
| | ) |
| Plaintiff, | ) Case No. 08-cv-271 |
| | ) |
| | ) Judge Lefkow |
| v. | ) |
| | ) Magistrate Judge Mason |
| ABM INDUSTRIES INCORPORATED, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF FILING**

TO:   Bruce A. Radke
         Vedder, Price, Kaufman & Kammholz, P.C.
         222 North LaSalle Street, Suite 2600
         Chicago, Illinois 60601-1003

    PLEASE TAKE NOTICE that on Wednesday, January 16, 2008, I caused to be filed with the Clerk of Court for the United States District Court for the Northern District of Illinois, Eastern Division, Defendant's Memorandum of Law in Support of Defendant's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6), a duplicate of which is hereby served upon you.

DATED:  January 16, 2008

                                                                By:    /s/ Jennifer A. Kenedy
                                                                         Counsel for Defendant


Jennifer A. Kenedy (6216342)
Simon Fleischmann (6274929)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: 312.443.0462
Facsimile: 312.896.6471

**CERTIFICATE OF SERVICE**

       I, Jennifer A. Kenedy, an attorney, certify that I caused the foregoing Notice of Filing to be served upon Bruce A. Radke (bradke@vedderprice.com), Vedder, Price, Kaufman & Kammholz, P.C., through the Court's Case Management / Electronic Case Files (CM/ECF) system on January 16, 2008.

                                                   /s/ Jennifer A. Kenedy
                                                       Jennifer A. Kenedy