IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL SWEIG, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABM INDUSTRIES INCORPORATED, ) <br> ) <br> Defendant. ) | Case No. 08-cv-271 <br><br> Judge Lefkow <br><br> Magistrate Judge Mason |

**AGREED MOTION TO MODIFY BRIEFING SCHEDULE**

Defendant, ABM Industries Incorporated ("ABM"), by its attorneys, Jennifer A. Kenedy and Simon Fleischmann, hereby moves to extend by one week the briefing schedule entered on its Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6), and states as follow:

1. On January 16, 2008, Defendant filed its Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6). (Docket No. 6.)

2. On January 25, 2008, the Court set a briefing schedule on Defendant's motion, setting a due date for Plaintiff's response of February 14, 2008, and allowing Defendant to reply on or before February 21, 2008. The Court further indicated that it will rule by mail. (Docket No. 13.)

3. On account of Defendant's counsel's travel schedule during the week that it was granted to prepare a reply, Defendant respectfully requests that the Court modify the briefing schedule on Defendant's motion to dismiss by one week.

4. Under the proposed schedule, Plaintiff's response would be due February 21, 2008, and Defendant's reply would be due February 28, 2008. Counsel for both parties have conferred and agreed to the modification requested by this motion.

WHEREFORE, Defendant, ABM Industries Incorporated, respectfully requests entry of an order resetting the briefing schedule on Defendant's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) as follows: Plaintiff's response is due on or before February 21, 2008, and Defendant's reply is due on or before February 28, 2008. Defendant further requests any additional relief that the Court finds just an appropriate.

DATED: February 8, 2008

Respectfully Submitted,

ABM INDUSTRIES INCORPORATED

By: /s/ Simon Fleischmann
    One of its attorneys

Jennifer A. Kenedy (6216342)
Simon Fleischmann (6274929)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: 312.443.0462
Facsimile: 312.896.6471

## CERTIFICATE OF SERVICE

    I, Simon Fleischmann, an attorney, certify that I caused the foregoing Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) to be served upon all persons and entities registered and authorized to receive such service through the Court's Case Management / Electronic Case Files (CM/ECF) system on February 8, 2008.

                                                /s/ Simon Fleischmann
                                                Simon Fleischmann