IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL SWEIG, | ) |
|     Plaintiff, | ) Case No. 08-cv-271 |
| v. | ) Judge Lefkow |
| ABM INDUSTRIES INCORPORATED, | ) Magistrate Judge Mason |
|     Defendant. | ) |

### NOTICE OF AGREED MOTION

TO:    Bruce A. Radke
          Vedder, Price, Kaufman & Kammholz, P.C.
          222 North LaSalle Street, Suite 2600
          Chicago, Illinois 60601-1003

      PLEASE TAKE NOTICE that on Tuesday, February 12, 2008, at 9:30 a.m., I will appear before Judge Joan Humphrey Lefkow, or any judge sitting in her stead in courtroom number 1925 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago Illinois, and shall then and there present Defendant's Agreed Motion to Modify Briefing Schedule, a duplicate of which is hereby served upon you.

DATED:  February 8, 2008

                                      By:    /s/ Simon Fleischmann
                                                        Counsel for Defendant

Jennifer A. Kenedy (6216342)
Simon Fleischmann (6274929)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: 312.443.0462
Facsimile: 312.896.6471

## CERTIFICATE OF SERVICE

      I, Simon Fleischmann, an attorney, certify that I caused the foregoing Notice of Motion to be served upon all persons and entities registered and authorized to receive such service through the Court's Case Management / Electronic Case Files (CM/ECF) system on February 8, 2008.

                                          /s/ Simon Fleischmann
                                            Simon Fleischmann