# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 271 | **DATE** | 6/20/2008 |
| **CASE TITLE** | Michael Sweig vs. ABM Industries, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion and Order. For the reasons stated in the Memorandum Opinion and Order, defendant's motion to dismiss [6] is denied. Status hearing is set for 7/22/2008 at 9:30 a.m.

■ [ For further detail see separate order(s).]       Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | MD |
|---|---|---|