IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL SWEIG, ) | |
| ) | |
| Plaintiff, ) | Case No. 08-cv-271 |
| ) | |
| ) | Judge Lefkow |
| v. ) | |
| ) | Magistrate Judge Mason |
| ABM INDUSTRIES INCORPORATED, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:   Bruce A. Radke
      Vedder, Price, Kaufman & Kammholz, P.C.
      222 North LaSalle Street, Suite 2600
      Chicago, Illinois 60601-1003

PLEASE TAKE NOTICE that on <u>Tuesday, July 8, 2008, at 9:30 a.m.</u>, I will appear before Judge Joan Humphrey Lefkow, or any judge sitting in her stead in courtroom number 1925 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago Illinois, and shall then and there present Defendant's Motion for Clarification of Memorandum Opinion and Order, a duplicate of which is hereby served upon you.

DATED: June 27, 2008

                                   By:   /s/ Simon Fleischmann
                                         Counsel for Defendant

Jennifer A. Kenedy (6216342)
Simon Fleischmann (6274929)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: 312.443.0462
Facsimile: 312.896.6471

## CERTIFICATE OF SERVICE

      I, Simon Fleischmann, an attorney, certify that I caused the foregoing Notice of Motion and Motion for Clarification of Memorandum Opinion and Order to be served upon all persons and entities registered and authorized to receive such service through the Court's Case Management / Electronic Case Files (CM/ECF) system on June 27, 2008.

                                                /s/ Simon Fleischmann
                                                  Simon Fleischmann