IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL SWEIG, | ) |
| | ) |
| Plaintiff, | ) Case No. 08-cv-271 |
| | ) |
| v. | ) Judge Lefkow |
| | ) |
| ABM INDUSTRIES INCORPORATED, | ) Magistrate Judge Mason |
| | ) |
| Defendant. | ) |

**MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant, ABM Industries Incorporated ("ABM"), by its attorneys, Jennifer A. Kenedy and Simon Fleischmann, moves for a one week extension of time to answer or otherwise plead.

1. On June 20, 2008, the Court entered a Memorandum Opinion and Order denying ABM's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6). Accordingly, ABM's responsive pleading is due July 7, 2008. *See* Fed. R. Civ. P. 12(1)(4)(A), 6(a).

2. ABM and its counsel are diligently working through the details of Plaintiff's allegations as to conversations alleged to have occurred over a two year time period. On account of the holiday weekend, among other scheduling conflicts, ABM requests a one week extension of time to complete its review of the facts alleged in the complaint and file a responsive pleading.

WHEREFORE, Defendant, ABM Industries Incorporated, respectfully requests entry of an Order extending its time to answer or otherwise plead up to and including July 14, 2008, and granting such further relief as the Court finds just and appropriate.

DATED: July 3, 2008                              Respectfully Submitted,

                                                 ABM INDUSTRIES INCORPORATED


                                                 By:    /s/ Simon Fleischmann
                                                        One of its attorneys


Jennifer A. Kenedy (6216342)
Simon Fleischmann (6274929)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: 312.443.0462
Facsimile: 312.896.6471

## CERTIFICATE OF SERVICE

    I, Simon Fleischmann, an attorney, certify that I caused the foregoing Motion for Extension of Time to Answer or Otherwise Plead to be served upon all persons and entities registered and authorized to receive such service through the Court's Case Management / Electronic Case Files (CM/ECF) system on July 3, 2008.

                                            /s/ Simon Fleischmann
                                                 Simon Fleischmann