IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL SWEIG, | ) |
| | ) |
| Plaintiff, | ) Case No. 08-cv-271 |
| | ) |
| v. | ) Judge Lefkow |
| | ) |
| ABM INDUSTRIES INCORPORATED, | ) Magistrate Judge Mason |
| | ) |
| Defendant. | ) |

**NOTICE OF MOTION**

TO:　Bruce A. Radke
　　　Vedder, Price, Kaufman & Kammholz, P.C.
　　　222 North LaSalle Street, Suite 2600
　　　Chicago, Illinois 60601-1003

　　　PLEASE TAKE NOTICE that on <u>Tuesday, July 8, 2008, at 9:30 a.m.</u>, I will appear before Judge Joan Humphrey Lefkow, or any judge sitting in her stead in courtroom number 1925 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago Illinois, and shall then and there present Defendant's Motion for Extension of Time to Answer or Otherwise Plead, a duplicate of which is hereby served upon you.

DATED:　July 3, 2008　　　　　　　　　　　　ABM INDUSTRIES INCORPORATED


　　　　　　　　　　　　　　　　　　　　　　By:　　/s/ Simon Fleischmann
　　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant


Jennifer A. Kenedy (6216342)
Simon Fleischmann (6274929)
LOCKE LORD BISSELL & LIDDELL LLP
111 South Wacker Drive
Chicago, IL 60606
Telephone: 312.443.0462
Facsimile: 312.896.6471

## CERTIFICATE OF SERVICE

      I, Simon Fleischmann, an attorney, certify that I caused the foregoing Notice of Motion to be served upon all persons and entities registered and authorized to receive such service through the Court's Case Management / Electronic Case Files (CM/ECF) system on July 3, 2008.

                                                  /s/ Simon Fleischmann