Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 271 | DATE | 9/2/2008 |
| CASE TITLE | Sweig vs. ABM Industries | | |

**DOCKET ENTRY TEXT**

Scheduling conference held. Enter Scheduling Order. Amendments to the pleadings and/or joinder of additional parties may be sought upon appropriate motion by 10/15/2008. Non-expert discovery will close on 1/2/2009. Cut-off date for designation of plaintiff's trial expert(s) is 2/2/2009; for defendant's trial expert(s) is 3/2/2009. Status hearing is set for 12/2/2008 at 9:30 a.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:03

FILED
2008 SEP -8 AM 11:28
CLERK
U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | MD |
|---|---|---|